UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FAREED DABIDAH,<br>Defendant. | INDICTMENT<br><br>24 Cr.<br><br>**24CRIM 514** |

### COUNT ONE
(Possession of a Machinegun)

The Grand Jury charges:

1. At least on or about August 15, 2024, in the Southern District of New York and elsewhere, FAREED DABIDAH, the defendant, knowingly transferred and possessed a machinegun, to wit, DABIDAH possessed multiple handguns that had been converted to operate as machineguns at his apartment in the Bronx, and further possessed parts designed and intended solely and exclusively, and a combination of parts designed and intended, for use in converting additional weapons into machineguns.

(Title 18, United States Code, Section 922(o)(1).)

### FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Indictment, FAREEED DABIDAH, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense, including but not limited to:

   a. All machineguns, firearms, and ammunition seized during a search of 3325 Fish Ave., Bronx, NY that occurred on or about August 15, 2024.

## Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[signature]  
FOREPERSON

*Damian Williams*  
DAMIAN WILLIAMS  
United States Attorney

2