UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

          -v-

FAREED DABIDAH

    24-CR-0514-ER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Fareed Dabidah will move this Court, before the Honorable Edgardo Ramos, in the Southern District of New York, for an order dismissing Count One of the indictment.

Dated: January 10, 2025

                                        Respectfully Submitted,

                                        */s/*
                                        **Kristoff I. Williams**

                                        Assistant Federal Defender
                                        Federal Defenders of New York
                                        52 Duane Street, 10th Floor
                                        New York, New York 10007
                                        Tel.: (212)-417-8791