# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

April 11, 2025

**BY ECF**

The Honorable Edgardo Ramos
Southern District of New York
United States Courthouse
40 Foley Street
New York, New York 1007

**MEMO ENDORSED**

Re: **United States v. Fareed Dabidah**
     **24-CR-514 (ER)**

Dear Judge Ramos:

The Court has scheduled a status conference in this case for Wednesday, April 16, 2025 at 11:30am. Undersigned counsel has a scheduling conflict this day, and thus, asks the Court to adjourn the status conference until Thursday, April 17, 2025 at 3:00pm. The defense also consents to the waiver of time under the Speedy Trial Act until the next status conference date.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

---

The status conference is adjourned to April 17, 2025, at 3 p.m. Speedy trial time is excluded from April 11, 2025, until April 17, 2025, in the interest of justice.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: __4/14/2025__
New York, New York

1