UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

          - against-

FAREED DABIDAH,

                      Defendant.
-------------------------------------------------x

**ORDER**

24 Cr. 514 (ER)

Ramos, D.J.:

      A change of plea hearing will be held on **May 6, 2025, at 2:30 p.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:  New York, New York
          April 29, 2025

                                                        Edgardo Ramos, U.S.D.J.